

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joshua Wade Robinson, Appellant

No. 06-22-00047-CR     v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 49922-A). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Joshua Wade Robinson, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk